Daniel A. Lev (CA Bar No. 129622)
  daniel.lev@gmlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mark.horoupian@gmlaw.com
Shantal Malmed (CA Bar No. 351496)
  shantal.malmed@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

FILED & ENTERED

DEC 09 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1],<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>    Debtors. | Case No. 2:23-bk-12359-VZ<br><br>Chapter 11<br>Jointly administered with:<br><br>Case No. 2:23-bk-12360-VZ |
| HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>COOK MEDICAL INCORPORATED,<br><br>    Defendant. | Adv. No. 2:25-ap-01106-VZ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION FOR DEFAULT JUDGMENT**<br><br>**Relates to Dkt. Nos. 11 & 12**<br><br><u>Status Conference</u><br>Date:    December 4, 2025<br>Time:    1:00 p.m.<br>Place:    Courtroom 1368<br>            255 East Temple Street<br>            Los Angeles, CA  90012 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

Howard M. Ehrenberg, the chapter 11 trustee (the "Trustee") of the Debtor's bankruptcy estate filed his "Trustee's Motion for Default Judgment Under LBR 7055-1" (the "Motion") on October 31, 2025 [Dkt. No. 11]. On November 4, 2025, the Trustee filed his "Trustee's Amended Motion for Default Judgment Under LBR 7055-1" (the "Amended Motion") [Dkt. No. 12].

A hearing was scheduled to be held at the above time and place on the Amended Motion. By way of the court's tentative ruling posted on November 25, 2025 (the "Tentative Ruling"), the Amended Motion is granted as to the claim for relief under 11 U.S.C. § 547, and appearances at the hearing are waived. Based on the Motion, the record in this case, and the Tentative Ruling,

**IT IS ORDERED** that the Motion is granted in part and denied in part as follows:

1. The Amended Motion is **GRANTED** as to the First, Third, Fourth and Fifth claims for relief under 11 U.S.C. § 547, 11 U.S.C. § 550(a), 11 U.S.C. § 551, and 11 U.S.C. § 502(d), respectively;

2. The Amended Motion is **DENIED** as to the Second claim for relief pursuant to 11 U.S.C. § 548(a)(1)(B); and

3. The Court retains jurisdiction to enforce this order.

###

Date: December 9, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2